STEVE M. KALEBIC, ESQ.
LAW OFFICES OF STEVE M. KALEBIC, P.C.
167 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 853-1500
*CO-COUNSEL FOR DEFENDANT*

JUSTIN H. SCHEIER, ESQ.
THE SCHEIER LAW FIRM, LLC
1465 POST ROAD EAST – SUITE 100
WESTPORT, CONNECTICUT 06880
(201) 568-3210
*CO-COUNSEL FOR DEFENDANT*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GOVERNMENT PRICING SPECIALISTS, LLC & KATHERINE LAPINS a/k/a KATHERINE TRUJILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVUS GPS, LLC,<br><br>Defendant. | CIVIL ACTION #: 19-CV-19732-KM-MAH<br><br>**CONSENT ORDER VACATING ENTRY OF DEFAULT & GRANTING DEFENDANT LEAVE TO FILE A LATE ANSWER** |

This matter having been brought before the Court upon application of Law Offices of Steven M. Kalebic, P.C. and The Scheier Law Firm, LLC, attorneys for DEFENDANT with consent of Troutman Pepper Hamilton Sanders LLP, attorneys PLAINTIFFS, and for otherwise good cause having been shown;

IT IS ON THIS 6th DAY OF July, 2020

ORDERED that the Clerk's Entry of Default dated January 8, 2020 is hereby vacated; and it is

FURTHER ORDERED that PLAINTIFFS' Motion for Default Judgment (ECF "7") is hereby withdrawn, and it is

consent order - vacating default (activus adv. gps)

FURTHER ORDERED that DEFENDANT shall file an Answer to PLAINTIFFS'

Complaint (ECF "1") on or before August 20, 2020.

                                             /s/ Kevin McNutly

                              HONORABLE KEVIN MCNULTY, U.S.D.J.

### THE UNDERSIGNED HEREBY CONSENT TO FORM AND ENTRY OF THE WITHIN ORDER

**LAW OFFICES OF STEVE M. KALEBIC, P.C.**
*Attorneys for Defendant*

*Steven M. Kalebic /s/*
    Steven M. Kalebic
Dated: July 2, 2020

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*Attorneys for Plaintiff*

   */s Jeffrey A. Carr*
      Jeffrey A. Carr
      Matthew R. Cali
Dated: July 2, 2020

consent order - vacating default (activus adv. gps)